No. 952. CAMPOS ET AL. *v.* UNITED STATES. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Isadore Polier* for petitioners. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Mr. Amos W. W. Woodcock* for the United States.

No. 953. Fox *v.* UNITED STATES. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David P. Siegel* for petitioner. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Messrs. Benjamin M. Parker* and *W. Marvin Smith* for the United States.

No. 954. RAVENSCROFT ET AL. *v.* UNITED STATES. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. D. Roger Englar* and *F. Herbert Prem* for petitioners. *Solicitor General Reed, Assistant Attorney General Whitaker,* and *Mr. Paul A. Sweeney* for the United States.

No. 955. MASSACHUSETTS BONDING & INSURANCE CO. *v.* JOHN R. THOMPSON CO. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. David A. Murphy* and *John T. Harding* for petitioner. *Mr. Arthur Miller* for respondent.

No. 956. INDEPENDENT WORKERS OF CLAYTON MARK & CO. ET AL. *v.* DEMAN, REGIONAL DIRECTOR, ET AL. June 1, 1937. Petition for writ of certiorari to the Circuit